FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 03 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEAN M. MURRAY,
                      Plaintiff,
      - against -
JP MORGAN CHASE BANK. N.A., et al.,
                      Defendants.
------------------------------------------------------------X

ORDER

18-CV- 2468 (LDH) (JO)

James Orenstein, Magistrate Judge:

      Plaintiff Sean M. Murray brings this *pro se* action under the Fair Debt Credit Reporting Act. Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The Clerk of Court shall prepare summonses for the defendants, and the United States Marshals Service is directed to serve the summonses and copies of the complaint upon the defendants without prepayment of fees.

      SO ORDERED.

Dated: Brooklyn, New York
       May 3, 2018

                                                    /s/
                                       James Orenstein
                                       U.S. Magistrate Judge