UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | |
|---|---|
| SEAN M. MURRAY,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>JPMORGAN CHASE BANK, N.A.;<br>EQUIFAX INFORMATION<br>SERVICES LLC; EXPERIAN; and<br>TRANSUNION;<br>　　　　Defendants. | CASE NO.  1:18-cv-02468-LDH-JO<br><br><br><br>**APPEARANCE** |

To the clerk of court and all parties of record:

　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

　　　　Trans Union, LLC (improperly identified as Transunion)

Date:  May 18, 2018　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　*/s/ Camille R. Nicodemus*
　　　　　　　　　　　　　　　　　　　　　　Camille R. Nicodemus, Esq. (NY# 2807451)
　　　　　　　　　　　　　　　　　　　　　　Schuckit & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　4545 Northwestern Drive
　　　　　　　　　　　　　　　　　　　　　　Zionsville, IN  46077
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (317) 363-2400
　　　　　　　　　　　　　　　　　　　　　　Fax:  (317) 363-2257
　　　　　　　　　　　　　　　　　　　　　　E-Mail:  cnicodemus@schuckitlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Trans Union, LLC*
　　　　　　　　　　　　　　　　　　　　　　*(improperly identified as Transunion)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **18th day of May, 2018**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **18th day of May, 2018**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Sean M. Murray<br>P.O. Box 1110<br>Albany, NY  12201 | |
|---|---|

/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq. (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC
(improperly identified as Transunion)*