UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | |
|---|---|
| SEAN M. MURRAY,<br>        Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.;<br>EQUIFAX INFORMATION<br>SERVICES LLC; EXPERIAN; and<br>TRANSUNION;<br>        Defendants. | CASE NO.  1:18-cv-02468-LDH-JO<br><br><br><br>**TRANS UNION, LLC'S RULE 7.1<br>CORPORATE DISCLOSURE<br>STATEMENT** |

      TransUnion LLC (improperly identified as Transunion) discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity with the ticker symbol TRU.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

Date:  May 18, 2018                               Respectfully submitted,

                                                          */s/ Camille R. Nicodemus*
                                                          Camille R. Nicodemus, Esq. (NY# 2807451)
                                                          Schuckit & Associates, P.C.
                                                          4545 Northwestern Drive
                                                          Zionsville, IN  46077
                                                          Telephone:  (317) 363-2400
                                                          Fax:  (317) 363-2257
                                                          E-Mail:  cnicodemus@schuckitlaw.com

                                                          *Counsel for Defendant Trans Union, LLC*
                                                          *(improperly identified as Transunion)*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **18th day of May, 2018**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **18th day of May, 2018**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Sean M. Murray<br>P.O. Box 1110<br>Albany, NY  12201 | |
|---|---|

/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq. (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*
*(improperly identified as Transunion)*