UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SEAN M. MURRAY,

                Plaintiff,

    - against -

JP MORGAN CHASE BANK, N.A., et al.,

                Defendants.
-----------------------------------------------------------X

ORDER

18-CV-2568 (LDH) (JO)

JAMES ORENSTEIN, Magistrate Judge:

    Attorney Cory Emmons, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By May 30, 2018, Mr. Emmons shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Emmons shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Emmons shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

    SO ORDERED.

Dated: Brooklyn, New York
       May 23, 2018

                                                            /s/
                                            James Orenstein
                                            U.S. Magistrate Judge