UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

---

| | |
|---|---|
| SEAN M. MURRAY,<br>          Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.;<br>EQUIFAX INFORMATION<br>SERVICES LLC; EXPERIAN; and<br>TRANSUNION;<br>          Defendants. | CASE NO.  1:18-cv-02468-LDH-JO<br><br><br><br>**APPEARANCE** |

---

To the clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

     Trans Union, LLC (improperly identified as Transunion)

Date:  May 23, 2018                                      Respectfully submitted,


                                                                         */s/ Cory E. Emmons*
                                                                         Cory E. Emmons, Esq. (IN# 32578-49)
                                                                           (admitted *Pro Hac Vice*)
                                                                         Schuckit & Associates, P.C.
                                                                         4545 Northwestern Drive
                                                                         Zionsville, IN  46077
                                                                         Telephone:  (317) 363-2400
                                                                         Fax:  (317) 363-2257
                                                                         E-Mail:  cemmons@schuckitlaw.com

                                                                         *Counsel for Defendant Trans Union, LLC*
                                                                         *(improperly identified as Transunion)*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **23rd day of May, 2018**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Camille R. Nicodemus, Esq. <br> cnicodemus@schuckitlaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **23rd day of May, 2018**, properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff** <br> Sean M. Murray <br> P.O. Box 1110 <br> Albany, NY  12201 | |

*/s/ Cory E. Emmons*
Cory E. Emmons, Esq. (IN# 32578-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cemmons@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC
(improperly identified as Transunion)*