UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SEAN M. MURRAY,                                                  ORDER
                         Plaintiff,
         - against -
JP MORGAN CHASE BANK, N.A., et al.,                18-CV-2468 (LDH) (JO)
                         Defendants.
-----------------------------------------------------------X

James Orenstein, Magistrate Judge:

        Attorney Christopher A. Ferguson, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 4, 2018, Mr. Ferguson shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Ferguson shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Ferguson shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

        SO ORDERED.

Dated:  Brooklyn, New York
           August 27, 2018

                                                           _____/s/_____
                                                           James Orenstein
                                                           U.S. Magistrate Judge